**J. L. ABLES and Buck Campbell v. STATE.**

**No. 15186.**

Court of Criminal Appeals of Texas.

Feb. 17, 1932.

Ronald Smallwood, of Brownfield, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing a still for the manufacture of intoxicating liquor; punishment, one year each in the penitentiary.

We find with the record in this case the affidavit of each appellant in due form requesting that the appeal be dismissed. The request is granted.

The appeal is dismissed.